**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2355**

WANDA S. HUDSON,

        Plaintiff - Appellant,

    v.

VOLUNTEERS OF AMERICA OF CAROLINAS; PACE SENIOR COMMUNITY CENTER OF NORTH CAROLINA; THE DUKE HOSPITAL, Southeastern Healthcare of North Carolina,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:18-cv-00191-FL)

Submitted:  February 26, 2019           Decided:  February 28, 2019

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wanda S. Hudson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda S. Hudson seeks to appeal the district court's order adopting the report and recommendation of the magistrate judge, dismissing her claims brought on behalf of a third party, and allowing the claims on Hudson's behalf to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Hudson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Hudson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*